# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

September 8, 2022

Judge Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

| | |
|---|---|
| **Re:** | Meir Tsinman DBA The Medical Supply Depot, DBA The Medical Supply And Meir Tsinman DBA The Medical Supply Depot, Inc. DBA The Medical Supply Depot.Com |
| **Creditor:** | Fifth Third Bank, National Association as successor by merger to Fifth Third Mortgage Company |
| **Case:** | 21-22168-shl |

Dear Judge Sean H. Lane:

      Our office represents Fifth Third Bank, National Association as successor by merger to Fifth Third Mortgage Company, in the above referenced matter. The Request for Loss Mitigation was entered on April 7, 2022. At the time of the Loss Mitigation request, this case was before Judge Jones, and was subsequently transferred to Judge Drain, and is now being handled by Judge Lane. The entry of the LM order was held by the court in April, but our Firm notified the Debtor's attorney office that our office and our client would be proceeding as if this Loss Mitigation Order was indeed in place. We have notified the Debtor's attorney that should they wish to pursue having the Loss Mitigation Order entered by the court, we would be more than happy to have him do so and not oppose entry.

      Our Firm is proceeding to appear at the hearing set for September 14, 2022 regarding the loss mitigation process on this file. Our Firm provided the loss mitigation package to the Debtor's attorney for completion, and have been following up with his office for the return of the same. On September 6, 2022, the Debtor's attorney stated that he would be contact his client to ensure timely completion of this package. Once our office receives this package, we will immediately submit to our client for review.

      Thank you for your time and consideration.

                                                                        Respectfully,

                                                                      <u>/s/ Gregory A. Wallach</u>
                                                                      Gregory A. Wallach
                                                                      NYSD# 5556683

You may request a copy of this notice in an alternative, reasonably accommodatable format selected by Aldridge Pite, LLP such as large print, Braille, audio compact disc or other means, by calling Aldridge Pite, LLP at (631) 454-8059.